IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MOORE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2484 |
| | : | |
| JOSECLEN GOSSETT, *et al.*, | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 18th day of June, 2018, upon consideration of Plaintiff John Moore's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED**.

2.    Moore's Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Moore's claims seeking review of the support order are **DISMISSED** for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Moore's claims against Support Master Gossett are **DISMISSED with prejudice** as barred by quasi-judicial immunity. His claims against Teri Sincuure are **DISMISSED without prejudice** to his right to file an amended complaint, as set forth below.

3.    Moore is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can state a plausible claim against Teri Sincuure or any other officials (with the exception of Support Master Gossett) who he believes violated his rights. Any amended complaint must identify the defendants in the caption in addition to the body, and shall state the basis for Moore's claims against each defendant. If Moore does not know the identity of any of the individuals

responsible, he may refer to them as Jane or John Doe. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

    4.    If Moore fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**