IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MOORE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2484 |
| | : | |
| TERI SINCUURE, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of June, 2018, upon consideration of Plaintiff John Moore's *pro se* Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to terminate Teri Sincuure as a Defendant.

2. Moore's Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Moore's claims seeking dismissal of the support order are **DISMISSED** for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Moore's claims against Support Master Gossett are **DISMISSED with prejudice** because they are barred by quasi-judicial immunity. Moore may not file a second amended complaint.

3. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          ***/s/ Gerald J. Pappert***
                                          **GERALD J. PAPPERT, J.**